## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND NORTHERN DIVISION

| | | |
|---|---|---|
| ROBIN RYNN, DANIEL MASON<br>JOHN RYNN and AMY GREER-RYNN | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | CIVIL CASE No.: |
| | | |
| OFFICER JAMES JAFFE, OFFICER A. BAKER,<br>SERGEANT R. DEAL and other officers unknown<br>Individually and in their official capacity,<br>D.C. Metropolitan Police Department<br>Washington, D.C. 20001 | *<br><br>*<br><br>* | |
| | * | |
| and | | |
| | * | |
| CHARLES H. RAMSEY<br>CHIEF OF POLICE<br>D.C. Metropolitan Police Department<br>Washington, D.C. 20001 | *<br><br>* | |
| and | * | |
| MAYOR ANTHONY A. WILLIAMS<br>MAYOR & THE DISTRICT OF COLUMBIA<br>John A. Wilson Bldg<br>1350 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | *<br>*<br><br>* | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **REQUEST FOR A JURY TRIAL**

Now comes the Plaintiffs, Daniel Mason, John Rynn, Amy Greer-Rynn and Robin Rynn, by and through their attorney, Russell A. Neverdon, Sr. and hereby prays for a jury trial.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs