UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBIN RYNN,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 05-2066 |
| | : | (ESH) |
| **OFFICER JAMES JAFFE,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

Upon consideration of plaintiffs' failure to cause process to be served upon defendants within 120 days in accordance with Fed. R. Civ. P. Rule 4(m), and their failure to comply with this Court's Order of February 2, 2006 directing that proof of service be filed by February 20, 2006, it is hereby

**ORDERED** that pursuant to Fed. R. Civ. P. Rule 41(b), plaintiffs' complaint against defendants is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

                                                              s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

Date:  February 22, 2006