# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, et al., | * | |
| v. | * | Civil Action No. 05-2066 (ESH) |
| | * | |
| OFFICER JAMES JAFFE, ET AL., | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE TO ORDER OF COURT

Now comes the Plaintiffs, Robin Rynn, et al., by and through their attorney, Russell A. Neverdon, Sr. and hereby respond accordingly:

A. That service has in fact been made on Sgt. Delise and a complimentary copy on the District of Columbia.

B. That attempts for Officers Baker and Jaffee have been unsuccessful as Shift Commanders, Shift Supervisors and Lieutenants have all provided different information as to the exact location of their respective duty assignments, what shifts they would work and finally, advised that they would be available for service at set times and then be told the officers were either unreachable in the filed, elected to take leave or out on accident leave.

C. That re-issuance of summons is essential in that KYD Process Service has made contacts with specific upper ranking officials whom have pledged their assistance and assurance in that further delay and avoidance will not be an issue.

D. That every reasonable effort has been made with trying to get cooperation from the various districts especially given that the costs continue to mount with continued efforts to locate and serve the officers.

WHEREFORE:

The Plaintiffs respectfully request that Re-Issuance of Summons be GRANTED for an additional 30 days to afford service of the remaining officers and to submit the Certificates of Service to this Court.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, et al., | * | |
| v. | * | Civil Action No. 05-2066 (ESH) |
| | * | |
| OFFICER JAMES JAFFE, ET AL., | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of the response by Plaintiffs, that one of the three officers has been served, that a complimentary copy has been forwarded to the District of Columbia and that there are assurances that the remaining parties will be served within 30 days, it is on this _____ day of _____, 2006,

ORDERED, that summons in the above captioned matter be re-issued for Officers James Jaffer and Officer Anthony Baker, and it is further

ORDERED, that counsel for the Plaintiffs shall duly provide a Proof of/Certificate of Service to This Court.

_____
HONORABLE
ELLEN SEGAL HUVELLE
United States District Court Judge