## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBIN RYNN,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-2066** |
| | : | **(ESH)** |
| **OFFICER JAMES JAFFE,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

### ORDER

Upon consideration of the response by plaintiffs, that one of the three officers has been served, that a complimentary copy has been forwarded to the District of Columbia and that there are assurances that the remaining parties will be served within 30 days from the date of this Order, it is on this 23rd day of February, 2006,

ORDERED that summonses in the above-captioned matter be re-issued for Officers James Jaffer and Officer Anthony Baker, and it is

FURTHER ORDERED that counsel for the Plaintiffs shall file a Proof of/Certificate of Service to this Court within 30 days; and it is

FURTHER ORDERED that the Court will vacate its Order, dated February 22, 2006 and reinstate this case.

_____
s/
ELLEN SEGAL HUVELLE
United States District Judge