# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROBIN RYNN, et al.,          *

v.                           *        Civil Action No. 05-2066
                                             (ESH)
                             *

OFFICER JAMES JAFFE, ET AL., *

Defendants
                             *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE AND STATUS TO THE COURT

Now comes the Plaintiffs, Robin Rynn, et al., by and through counsel, A. Neverdon, Sr. and hereby advised the Court accordingly:

I HEREBY CERTIFY that

A. That service was made on Sgt. Delise and a complimentary copy to the Corporate Counsel Office for the District of Columbia.

B. That continuous efforts were made to have all the Defendants served; the efforts were met with much resistance and only one of the efforts prior to expiration of the initial issuance of summons.

C. That counsel for the Plaintiff requested re-issuance of summons which had expired after numerous attempts to have the Defendants served which was issued on March 10, 2006.

D. That commitments were made by higher ranking officials of the Department to effectuate service and Officer Baker has now been served.

E. That Officer Jaffee is the only remaining Defendant not served and it was discovered that he has been out on medical leave and has no specific address and is willing to provide a home address or alternative address

service.

WHEREFORE:

The Plaintiffs respectfully request that service in this matter be made upon Officer Jaffe or that this Honorable Court ORDER that a designee of the Baltimore City Police Department locate Officer Jaffe, advise him of the attempt to serve and instruct the officer to contact either counsel for the Plaintiffs or the Process Server to coordinate service.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

ROBIN RYNN, et al.,            *

    v.                            *       Civil Action No. 05-2066
                                             (ESH)
                                     *

OFFICER JAMES JAFFE, ET AL.,
                                     *

Defendants
                                     *

*******************************************************************

## CERTIFICATE OF SERVICE AND GOOD FAITH EFFORTS

      I HEREBY CERTIFY THAT since issuance of the summons in the matter, October 20, 2005, a Private Process company was engaged and summons upon the named Defendants. That summons upon the named Defendants. That 2005 with 3 attempts, December of 2005 with 3 attempts, and February with 6 attempts. I further certify that Officer Delise were duly served with Officer Jaffe remaining of absence and/or forwarding address.

                                                    _____
                                                    Russell A. Neverdon, Sr.
                                                    Attorney for the Plaintiffs