# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, et al., | * | |
| v. | * | Civil Action No. 05-2066 (ESH) |
| | * | |
| OFFICER JAMES JAFFE, ET AL., | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE AND STATUS TO THE COURT

Now comes the Plaintiffs, Robin Rynn, et al., by and through their attorney, Russell A. Neverdon, Sr. and hereby advised the Court accordingly:

I HEREBY CERTIFY that

A. That service was made on Sgt. Delise and a complimentary copy forwarded to the Corporate Counsel's Office for the District of Columbia.

B. That continuous efforts were made to have all three (3) defendants served, however, the efforts were met with much resistance and only one of the officers were served prior to expiration of the initial issuance of summons.

C. That counsel for the Plaintiff's requested re-issuance of summons as the summons had expired after numerous attempts to have the Defendant's served which was issued on March 10, 2006.

D. That commitments were made by higher ranking officers of the Metropolitan Police Department to effectuate service and Officer Baker has now been served.

E. That Officer Jaffee is the only remaining Defendant not served and it was discovered that he has been out on medical leave and has no specific date of return and no one is willing to provide a home address or alternative address for the purposes of

service.

WHEREFORE:

The Plaintiffs respectfully request that service in the alternative be made on Officer Jaffe or that this Honorable Court ORDER that a designee of the Metropolitan Police Department locate Officer Jaffe, advise him of the attempt to serve and instruct the officer to contact either counsel for the Plaintiff's or the Process Server to coordinate service.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, et al., | * | |
| v. | * | Civil Action No. 05-2066 |
| | * | (ESH) |
| OFFICER JAMES JAFFE, ET AL., | * | |
| Defendants | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### CERTIFICATE OF SERVICE AND GOOD FAITH EFFORTS

I HEREBY CERTIFY THAT since issuance of the summons in the above-captioned matter, October 20, 2005, a Private Process company was employed to serve the complaint and summons upon the named Defendants. That further, attempts began in November of 2005 with 3 attempts, December of 2005 with 3 attempts, January of 2006 with 4 attempts, and February with 6 attempts. I further certify that Officer Baker was duly served and Sgt. Delise were duly served with Officer Jaffe remaining as outstanding due to his medical leave of absence and no forwarding address.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs