UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN RYNN,** *et al.*,       : | |
| : | |
| **Plaintiffs,**     : | |
| : | |
| v.                : | Civil Action No.  05-2066 |
| : | (ESH) |
| **OFFICER JAMES JAFFE,** *et al.*,    : | |
| : | |
| **Defendants.**     : | |
| _____: | |

## ORDER

Before the Court is defendant Delise's motion to dismiss the complaint.  Given the lack of any opposition and the meritorious nature of defendant's motion, the Court will **GRANT** the motion and dismiss the complaint with respect to defendant Delise.

Second, the plaintiff has yet to file proof of service with respect to the remaining defendants as required by this Court's Order of February 23, 2006.  Instead of filing proof of service by March 24, 2006, plaintiff filed a Certificate of Service and Status to the Court wherein counsel reports that service has been effectuated on Officer Baker, but not Officer Jaffee.  However, no proof of service has been filed with respect to Officer Baker, as required by Fed. R. Civ. P. 5(d) and this Court's February 23 order, and plaintiff has failed to file a motion in the proper form to extend the time for service.

Accordingly, the above-captioned action is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

                                                                         s/
                                                       ELLEN SEGAL HUVELLE
                                                       United States District Judge