## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, et al., | * | |
| v. | * | Civil Action No. 05-2066 |
| | * | (ESH) |
| OFFICER JAMES JAFFE, ET AL., | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

Now comes the Plaintiffs, Robin Rynn, et al., by and through their attorney, Russell A. Neverdon, Sr. and hereby submits to this Honorable a Certificate of Service and under the penalties of perjury hereby swears and affirms the following:

I HEREBY CERTIFY that

A. That service was personally made on Sgt. Delise on February 16, 2006 at 10:48 p.m. at his business address of 3320 Idaho Avenue, Washington, DC.

B. That the person served as Sgt. Delise was a white male, approximately 45 years of age, approximately 5',9" in height and 170 pounds in weight with hair of a grayish tint or color.

C. That service was personally made on Officer Anthony Baker on March 15, 2006 at his place of business of 1620 V Street, NW, Washington, DC at 10:04 p.m.

D. That the person served as Officer Anthony Baker was an African-American male, approximately 30 years of age with a height of 5',11" and 190 pounds in weight with dark hair of a short length.

E. I further certify that service was made by private process, KYD Process Service after skip traces and numerous attempts were made.

_____
Russell A. Neverdon, Sr.
Attorney for the Plaintiffs