UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN RYNN, *et al.*,          :
                               :
          Plaintiffs,          :
                               :
     v.                        :     Civil Action No. 05-2066
                               :            (ESH)
OFFICER JAMES JAFFEE, *et al.*,:
                               :
          Defendants.          :
_____:

## MOTION TO VACATE ORDER OF DISMISSAL OF ACTION

Now come Plaintiffs, by and through their attorney, Russell A. Neverdon, Sr., and hereby move this Honorable Court to vacate the Order of dismissal of the above referenced action and in support of the motion state the following:

1. Defendant Sgt. Delise was served on February 13, 2006 at 10:48 p.m.

2. Plaintiffs counsel spoke with counsel for Defendant Sgt. Delise and agreed to dismiss the complaint as to Sgt. Delise only, which occurred prior to the Court's dismissal ordered on April 19, 2006.

3. The summons for the complaint was reissued by the clerk's office on March 10, 2006.

4. Police Officer Anthony Baker was served on March 15, 2006 at 10:04 p.m.

5. Plaintiffs filed a Certificate of Service and Status to the Court, wherein Plaintiffs informed the Court that Sgt. Delise and Police Officer Baker had been served and that Police Officer Jaffee was on extended medical leave.

6. Plaintiffs requested in the Certificate of Service and Status to the Court that the Court order that a the Metropolitan Police Department locate Police Officer Jaffee, advise him of Plaintiffs' attempts to serve him and coordinate effectuation of process.

7. Police Officer Jaffee is the only Defendant who has not been served with the summons for the complaint in this action.

8. Due to difficulty with the filing system and PDF formatting of the Certificate of Service and Status to the Court, the document, although duly filed, was distorted and not forwarded to the court.

9. When Plaintiffs became aware of the problem with filing the Certificate of Service and Status to the Court, Plaintiffs forwarded same to the court through the default email address of dcd_cmecs@dcd.uscourts.gov.

10. Use of the default email address caused subsequent delays in filing the Certificate of Service and Status to the Court that Plaintiffs forwarded to the court in a timely manner.

11. On March 24, 2006, Plaintiffs filed a Certificate of Service and Status to the Court with the court using the default email address.

12. Plaintiffs were subsequently informed that the Certificate of Service and Status to the Court was never received by the court.

13. Plaintiffs filed a Certificate of Service with the Court on April 13, 2006, through the default email address.

14. The Court did not have the benefit of viewing the Certificate of Service and Status to the Court when making a ruling on the Motion to Dismiss and in deciding to Order dismissal of the action.

15. Plaintiffs made good faith efforts to serve Defendant Sgt. Delise, Police Officer Baker and Police Officer Jaffee, as evidenced in the Certificate of Service and Status to the Court.

WHEREFORE:

      Plaintiffs respectfully request that this Honorable Court vacate the Order dismissing the above referenced action with respect to Police Officer Baker and Police Officer Jaffee, as Plaintiffs have made diligent efforts to serve Police Officer Baker and Police Officer Jaffee and to inform the Court of all efforts made to effectuate service upon all Defendants to this action.

Dated:  April 28, 2006

                                                        _____
                                                        Russell A. Neverdon, Sr.
                                                        Attorney At Law
                                                       2225 St. Paul Street, 2nd Floor
                                                       Baltimore, Maryland 21218
                                                       (410) 235- 2184
                                                       Bar No. MD25949
                                                       *Attorney for Plaintiffs*