UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-2066 |
| : | (ESH) |
| OFFICER JAMES JAFFEE, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

## ORDER VACATING DISMISSAL OF ACTION

This matter was heard upon the motion of Plaintiffs for an order vacating their dismissal of this action. This Court has considered the papers in support of and in opposition to Plaintiffs' motion, as well as the other papers on file in this action. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' motion is granted.

IT IS FURTHER ORDERED that the dismissal of this action filed by Plaintiffs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is vacated with respect to Defendants Police Officer Baker and Police Officer Jaffee.

Dated: _____

_____
United States District Judge