# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBIN RYNN,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-2066** |
| | : | **(ESH)** |
| **OFFICER JAMES JAFFEE,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## MOTION FOR ENLARGEMENT OF TIME TO SERVE PROCESS

Plaintiffs, Robin Rynn, et al., move the Court to enlarge the time to serve process until August 1, 2006, pursuant to Fed.R.Civ.P. 6(b). In support of this motion, Plaintiffs show that good faith efforts were made to serve Police Officer James Jaffee in the months of November 2005, December 2005, January 2006, and February 2006. Specifically, service was attempted by a private process server under the employ of Plaintiffs. The private process server attempted to serve Police Officer Jaffee three times in November 2005, three times in December 2005, four times in January 2006, and six times in February 2006. After numerous attempts to effectuate service by private process server, Plaintiffs discovered that Police Officer Jaffee is on extended medical leave. Plaintiffs have been unable to obtain an alternative address to effectuate service of process upon Police Officer Jaffee, as the Metropolitan Police Department has been unwilling to disclose such information.

_____
Russell A. Neverdon, Sr.
Attorney At Law
2225 St. Paul Street, 2nd Floor
Baltimore, Maryland 21218
(410) 235- 2184
Bar No. MD25949
*Attorney for Plaintiffs*