UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN RYNN,** *et al.,* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civil Action No. 05-2066** |
| : | **(ESH)** |
| **OFFICER JAMES JAFFEE,** *et al.,* : | |
| : | |
| **Defendants.** : | |
| : | |

## MOTION FOR AMENDMENT OF SERVICE OF PROCESS

Plaintiffs, by and through their attorney, hereby move this Court to grant leave to amend the manner of service of process regarding service of the summons upon the Defendant, Police Officer James Jaffee and in support of the motion state the following:

1. That Plaintiffs have made good faith efforts to serve Defendant Police Officer James Jaffee.

2. That Plaintiffs hired a private process server to effectuate service upon Police Officer Jaffee.

3. That the private process server attempted to serve Police Officer Jaffee three times in November 2005, three times in December 2005, four times in January 2006, and six times in February 2006.

4. After the four months of attempting to effectuate service upon Police Officer Jaffee, Plaintiffs learned that Police Officer Jaffee is on extended medical leave.

5. The summons for the complaint was renewed on March 10, 2006, so that Plaintiffs could continue attempts to effectuate service on Police Officer Jaffee.

6. Plaintiffs have contacted the Metropolitan Police Department in an attempt to obtain an alternative address for Police Officer Jaffee for the purpose of effectuating service.

7. The Metropolitan Police Department is unwilling to disclose an alternative address for Police Officer Jaffee.

8. The Metropolitan Police Department indicated that it does not have a specific date on record regarding Police Officer Jaffee's return to duty as a police officer for the Metropolitan Police Department.

WHEREFORE:

Plaintiffs respectfully request that this Honorable Court order that service of the summons for the complaint be effectuated upon Police Officer Jaffee by leaving a copy of the summons with the clerk of the court, pursuant to Fed.R.Civ.P. 5(b)(2)(C). Further, Plaintiffs respectfully request that this Honorable Court order that Police Officer Jaffee serve an answer to the complaint upon Plaintiffs within 15 days of service of the summons for the complaint.

Dated:  April 28, 2006

_____
Russell A. Neverdon, Sr.
Attorney At Law
2225 St. Paul Street, 2nd Floor
Baltimore, Maryland 21218
(410) 235- 2184
Bar No. MD25949
*Attorney for Plaintiffs*