**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBIN RYNN**, *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-2066** |
| | : | **(ESH)** |
| **OFFICER JAMES JAFFEE**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER GRANTING LEAVE TO AMEND SERVICE OF PROCESS

This matter having been heard by the Court in the presence of counsel for the respective parties on motion of the Plaintiffs, Robin Rynn, et al., for an order granting leave to amend the manner of service of process effectuated upon Defendant, Police Officer James Jaffee, and the Court having considered the arguments of counsel, and it clearly appearing that just cause exists and that no material prejudice will result to the substantial rights of the Defendant Police Officer James Jaffee by granting such leave to amend service of process:

It is ordered that the summons be served upon Police Officer James Jaffee by leaving a copy with the clerk of the court, pursuant to Fed.R.Civ.P. 5(b)(2)(C).

It is further ordered that the Defendant James Jaffee have 15 days from the date of service in which to serve his answer or other defensive pleading to the complaint in default whereof judgment may be entered against him.

Dated: _____

_____
United States District Judge