UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, et al., | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 05-2066 (ESH) |
| v. | : |
| | : |
| OFFICER JAMES JAFFE, et al., | : |
| | : |
| Defendants. | : |

**DEFENDANT JAFFEE'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Defendant James Jaffee,[1] through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this court for a 20-day enlargement of time within which to respond to the instant Complaint.  In support of this motion, the Defendant relies upon the attached memorandum of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

---

[1] By filing this motion, Defendant Jaffee does not waive any defense including proper service of the summons and complaint.

                                          Julie Lee [433292]
                                          Senior Assistant Attorney General
                                          General Litigation, Section II
                                          Civil Litigation Division
                                          441 Fourth Street, N.W.
                                          Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6602; (202) 724-2625
                                          Julie.Lee@dc.gov

## **CERTIFICATION PURSUANT TO LCvR 7(m)**

     I hereby certify that on June 21, 2006, undersigned counsel left a message for Plaintiffs' counsel requesting Plaintiffs' consent to this motion. At the time this motion was filed, the Defendant had not received a response to his request.

                                          Julie Lee
                                          Senior Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN RYNN, et al.,                       :
                                          :
  Plaintiffs,                           :
                                          :  Civil Action No. 05-2066 (ESH)
    v.                                  :
                                          :
OFFICER JAMES JAFFE, et al.,              :
                                          :
  Defendants.                           :

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT JAFFEE'S MOTION FOR AN
ENLARGEMENT OF TIME TO FILE A COMPLAINT**

On May 8, 2006, this Court granted Plaintiff s' request to effect service on Defendant Jaffee by filing a copy of the summons and complaint with the Clerk of the Court with thirty (30) days.[2] The Court gave Defendant Jaffee (20) twenty days, from the date of the filing, to respond to the complaint.

On May 24, 2006, undersigned counsel left a telephone message asking that Plaintiffs' counsel notify her when the Clerk of the Court was served. Plaintiffs' counsel, through a representative, called undersigned counsel and agreed to the request that same day.

---

[2] The Defendants did not have an opportunity to respond to Plaintiffs' motion to proceed in this manner before the Court granted Plaintiffs' request.

3

According to Court records, Plaintiffs delivered the summons and complaint to the Court on June 2, 2006. The Defendant did not receive notice of this activity until June 12, 2006 when she received email notification through the ECF system.[3]

Defendant Jaffee requests twenty (20) days from the date of this motion to file a responsive pleading. The delayed notice of service on Defendant Jaffee, as well as undersigned counsel's need to complete several time sensitive matters that were interrupted while she was working on emergency matters, warrant a grant of this request. Plaintiffs will not be prejudiced if the Court grants this motion.

This motion may be granted pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____
        Nicole L. Lynch  [471953]
        Section Chief
        General Litigation, Section II
        Civil Litigation Division

        _____
        Julie Lee [433292]
        Senior Assistant Attorney General
        General Litigation, Section II
        Civil Litigation Division

---

[3] This is not the first time Defendants received delayed notice from ECF. See docket entries #11, #12 and #13.

441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 724-2625
Julie.Lee@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-2066 (ESH) |
| OFFICER JAMES JAFFE, et al., | : |
| Defendants | : |

## **ORDER**

Upon motion of the District of Columbia for an enlargement of time within which to respond to the complaint, Plaintiff's consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____2006,

ORDERED, that the Defendant's motion is granted, and it is further

ORDERED, that Defendant Jaffee shall have until the _____, day of July, 2006, to respond to the complaint.

_____
Judge Ellen Segal Huvelle
Federal District Judge