UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-2066 |
| : | (ESH) |
| OFFICER JAMES JAFFEE, *et al.,* : | |
| : | |
| Defendants. : | |
| _____ : | |

## MOTION TO VACATE ORDER OF DISMISSAL OF ACTION

Now come Plaintiffs, by and through their attorney, Russell A. Neverdon, Sr., and hereby move this Honorable Court to vacate the Order of dismissal of the above referenced action and in support of the motion state the following:

1. Defendant Police Officer Anthony Baker was served with Plaintiffs' Complaint and Summons on March 15, 2006 at 10:04 p.m.

2. Plaintiffs filed a Certificate of Service and Status to the Court, wherein Plaintiffs informed the Court that Defendant Baker had been served.

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant Baker had 20 days to file an Answer to Plaintiffs' Complaint.

4. Defendant Baker failed to file an Answer to the Complaint on or before April 4, 2006, in accord with Fed. R. Civ. P. 12(a).

5. On May 8, 2006, the Honorable Ellen S. Huvelle signed a Court Order instructing Defendant Baker to file an Answer to Plaintiffs' Complaint within 20 days of said Order.

6. Defendant Baker failed to file an Answer within 20 days of the Order, in accord with Judge Huvelle's instructions.

7. On May 15, 2006, Plaintiffs forwarded a Motion for Default Judgment to the United States District Court for the District of Columbia, asking the Court to enter a default judgment against Defendant Baker due to his failure to timely file an Answer to Plaintiffs' Complaint after being served on March 15, 2006.  See Exhibit #1.

8. The Motion for Default Judgment was successfully forwarded to the default internet mailbox for electronic filing located at dcd_cmecf@dcd.uscourts.gov.

9. Plaintiffs have forwarded numerous pleadings to the default internet mailbox for electronic filing because Plaintiffs' counsel discovered a problem with losing and distorting information while transferring pleadings through the ECF System and notified the Clerk's Office of the problem.  See Exhibit #2 for prior pleadings filed through the default internet mailbox.

10. Plaintiffs' attempts to file pleadings through the ECF System were unsuccessful and Plaintiffs' counsel began to file documents through the default internet mailbox.

11. Defendant Baker filed a Motion to Dismiss on May 31, 2006.

12. Defendant Baker's Motion to Dismiss was not timely filed, as the Court granted Defendant Baker twenty (20) days to respond to Plaintiffs' Complaint on May 8, 2006.

13. Despite the untimely filing of Defendant Baker's Motion to Dismiss, Plaintiffs filed an Answer to Defendant Baker's Motion to Dismiss and Motion for Default Judgment on June 15, 2006.  See Exhibit #3.

14. Plaintiffs received a message from Nicole Wilkens of the Clerk's Office, stating that Plaintiffs' counsel is a registered ECF user and should file through that system.  See Exhibit #3.

15. Plaintiffs' counsel was informed that the document would not be filed on Plaintiffs behalf.  See Exhibit #3.

16. On June 16, 2006, Plaintiffs' counsel was informed that the Court entered a dismissal of the instant action with respect to Defendant Baker.

WHEREFORE:

Plaintiffs respectfully request that this Honorable Court vacate the Order dismissing the above referenced action with respect to Police Officer Baker, as Plaintiffs have made timely and diligent filings of pleadings with the Court in response to Defendant Baker's Motion to Dismiss.

Dated:  June 23, 2006

_____
Russell A. Neverdon, Sr.
Attorney At Law
2225 St. Paul Street, 2nd Floor
Baltimore, Maryland 21218
(410) 235- 2184
Bar No. MD25949
*Attorney for Plaintiffs*

# **EXHIBIT #1**

**Date:** Mon May 15 12:25:49 2006
**From:** <kimberlymthomas@excite.com>
[ Add to Address Book | Block Address | Report as Spam ]
**To:** <dcd_cmecf@dcd.uscourts.gov>
**Subject:** Attention: Laura/ Civil Action No. 05-2066 (ESH)

Dear Laura,

I am sending the attached documents on behalf of Russell A. Neverdon, Sr., who is counsel for the Plaintiffs in the above referenced civil action. Attached hereto please find a Motion for Judgment by Default and Order for Judgment by Default. You can contact Mr. Neverdon, should you have questions regarding the attached documents.

Sincerely,
Kimberly M. Thomas, Esq.

---

**Join Excite! - http://www.excite.com**
The most personalized portal on the Web!

---

***Motion for Default Judgment.doc** (33 KB)*    **[ Download ]**



***Order Granting Judgment for Default.doc** (28 KB)*    **[ Download ]**



# **EXHIBIT #2**

**Date:** Fri Apr 28 12:55:49 2006
**From:** <kimberlymthomas@excite.com>
[ Add to Address Book | Block Address | Report as Spam ]
**To:** <dcd_cmecf@dcd.uscourts.gov>
**Subject:** Civil Action No.: 05-2066/ Attention: Laura

Dear Laura:

I am forwarding the attached documents on behalf of Russell A. Neverdon, Sr. If you have any questions regarding the attachments, please contact Mr. Neverdon at 410-235-2184.

Sincerely,
Kimberly M. Thomas, Esq.

---

**Join Excite! - http://www.excite.com**
The most personalized portal on the Web!

*Letter - Laura USDC.doc (29 KB)*   **[ Download ]**



*Motion to Vacate Order of Dismissal of Action.doc (42 KB)*   **[ Download ]**



*Order Vacating Dismissal of Action.doc (28 KB)*   **[ Download ]**



***Motion for Enlargment - Process.doc*** *(29 KB)*    [ **Download** ]



***Motion to Amend Service of Process.doc*** *(31 KB)*    [ **Download** ]



***Order Granting Leave to Amend Service of Process.doc*** *(29 KB)*    [ **Download** ]



# **EXHIBIT #3**

**Date:** Fri Jun 16 16:12:52 2006
**From:** <dcd_cmecf@dcd.uscourts.gov>
**To:** <kimberlymthomas@excite.com>
**Subject:** Re: Attention: Laura/Civil Action No. 05-2066 (ESH)

Ms. Thomas-
Mr. Neverdon is a registered user of the ECF system, and therefore should be making his own filings electronically, rather than submitting them by email. This email is only to be used when our system is down, or when an attorney is awaiting his login and password. Further, the document you submitted is in Word format and ECF only accepts PDF documents, so I could not file this for him anyway. Please ask Mr. Neverdon to submit his own filing via the ECF system. Thank you.
Nicole Wilkens
Clerk's Office


"" <kimberlymthomas@excite.com>
06/15/2006 02:59 PM
Please respond to
kimberlymthomas@excite.com

To
dcd_cmecf@dcd.uscourts.gov
cc
Subject
Attention: Laura/Civil Action No. 05-2066 (ESH)

Dear Laura:

Please find attached the Answer to Defendant Baker's Motion to Dismiss and Plainitffs' Motion for Default Judgment.
I am forwarding the document for filing on behalf of Russell A. Neverdon, Sr. Esquire.


Kimberly M. Thomas, Esquire
The Law Offices of Kimberly M. Thomas
200 East Lexington Street, Suite 800
Baltimore, Maryland 21202
443-801-6983