UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 05-2066 |
| : | (ESH) |
| OFFICER JAMES JAFFEE, *et al.,* : | |
| : | |
| **Defendants.** : | |
| : | |

## MOTION FOR JUDGMENT BY DEFAULT

Now come Plaintiffs, by and through their attorney, Russell A. Neverdon, Sr., and pursuant to Fed. R. Civ. P. 55(b)(2) hereby move this Honorable Court to enter a Judgment by Default against Defendant Police Officer Anthony Baker (hereinafter "Defendant Baker") and in support of the motion state the following:

1. The Summons and Complaint for this case was reissued by the clerk's office on March 10, 2006.

2. Defendant Baker was served on March 15, 2006 at 10:04 p.m.

3. Plaintiffs filed a Certificate of Service and Status to the Court, wherein Plaintiffs informed the Court that Defendant Baker had been served.

4. Pursuant to Fed. R. Civ. P. 12(a), Defendant Baker had 20 days to file an Answer to Plaintiffs' Complaint.

5. Defendant Baker failed to file an Answer to the Complaint on or before April 4, 2006, in accord with Fed. R. Civ. P. 12(a).

WHEREFORE:

Plaintiffs respectfully request that this Honorable Court enter a Judgment by Default against Defendant Baker, as Defendant Baker failed to file an answer to Plaintiffs' Complaint after being duly served with Plaintiffs' Summons and Complaint on March 15, 2006.

Dated: May 15, 2006

_____
Russell A. Neverdon, Sr.
Attorney At Law
2225 St. Paul Street, 2nd Floor
Baltimore, Maryland 21218
(410) 235- 2184
Bar No. MD25949
*Attorney for Plaintiffs*