UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-2066 |
| : | (ESH) |
| OFFICER JAMES JAFFEE, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

## MOTION FOR LEAVE TO PARTICIPATE IN SCHEUDLING CONFERENCE BY TELEPHONE

Now come Plaintiffs attorney, Russell A. Neverdon, Sr., and hereby move this Honorable Court to allow counsel to participate in the scheduling conference by way of telephone and excuse his personal appearance and in support thereof states as follows: 6.

1.  That over the past weekend, counsel discovered that an urgent family matter would require his assistance and would therefore not allow him to physically participate in the scheduling conference.

2.  That immediately on Monday, June 26, 2006, counsel's staff contacted the Clerk's office seeking direction to address this matter. That they were in fact instructed to contact the Honorable Court's secretary seeking permission to do so and that two detailed messages were left, one on Monday and a second today to the attention of Gwen Franklin at (202) 354-3145.

3.  That Ms. Franklin returned the call and advised that the office was misinformed and needed to call (202) 354-3236 which was completed and a subsequent request was directly through chambers for the Honorable Judge Huvelle.

4. That counsel would be available by way of cell phone at (443) 324-4749 and could either call in or have the Court call him and if necessary, to establish the contact by a land line.

5. That the hearing is intended for the purposes of establishing motions, trial schedule, discovery and any and all matters pertinent to the prosecution of this matter in a timely manner.

6. That in an effort to not delay the matter and further, counsel wishes to participate by way of telephone with his calendar available to input dates.

WHEREFORE:

Plaintiffs respectfully request that this Honorable Court:

A. GRANT counsel's request to participate in the scheduling conference by telephone; and,

B. GRANT the Plaintiffs any such other and further relief as the nature of this cause may require

Dated: June 27, 2006

_____
Russell A. Neverdon, Sr.
Attorney At Law
2225 St. Paul Street, 2nd Floor
Baltimore, Maryland 21218
(410) 235- 2184
Bar No. MD25949
*Attorney for Plaintiffs*