IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, | * |
| *Plaintiffs,* | * |
| v. | *   HON. E. S. HUVELLE |
| | *   CASE NO.: 1:05CV02066 |
| OFC. JAMES JAFFEE, *et al.*, | * |
| *Defendants* | * |

*********************************************************************************

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ANTHONY BAKER'S MOTION TO DISMISS

The Plaintiffs, Robin Rynn, *et al.*, by the undersigned attorneys, Russell A. Neverdon, Esq., and the law offices of RUSSELL A. NEVERDON, SR., P.A., in opposition to the Motion to Dismiss filed by one of the Defendants, Anthony Baker ("Baker"), states as follows:

The instant Complaint[1] must not and should not be dismissed under Rule 12(b)(6) because it contains legally sufficient claims for relief as alleged against Baker under Counts Three, Count Thirteen, and Count Twenty-three (42 U.S.C. § 1983); Count Ten, Count Twenty, and Count Thirty (Negligence); and Count Thirty-one (Intentional Infliction of Emotional Distress).

In addition, and perhaps most importantly, Baker's Motion fails and must be denied because it does not adequately demonstrate, show or sufficiently explain how the Plaintiffs will not prove be able to prove at trial, any necessary set of facts to support his or her claims as alleged to warrant dismissal of the Plaintiffs' claims against him under Rule 12(b)(6) of the

---

[1] Per instruction from this Honorable Court, the Plaintiffs respectfully give notice and advise the Defendants of their intent to seek leave to file an amended complaint immediately after the filing of their instant Response in Opposition to Baker's Motion to Dismiss. The amended complaint will omit

Federal Rules of Civil Procedure. Baker's motion is legally insufficient. As such, Baker's Motion must be denied as a matter of law.

**WHEREFORE**, for the reasons as summarized above and as more fully set forth in the attached Memorandum of Law respectfully submitted herewith in Support of Plaintiffs' Response in Opposition to Baker's Motion to Dismiss, and which memorandum is fully incorporated herein by reference, the Plaintiffs respectfully request this Honorable Court to enter an Order DENYING Baker's Motion.

Respectfully submitted,

By: _____

Russell A. Neverdon, Sr., *Esq.*

2225 St. Paul Street
Baltimore, Maryland 21218
(410) 235-2184
Bar. No. MD25949

**Attorney for the Plaintiffs**
*Robin Rynn, et al.*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this _____ day of July, 2006, one copy of the foregoing Plaintiffs' Response in Opposition to Defendant Anthony Baker's the Motion to Dismiss, Memorandum of Law, proposed Order, was served via first class mail, postage prepaid, on: Hon. Robert J. Spagnoletti, Attorney General for the District of Columbia, and Julie Lee,Esq., Senior Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor South, Washington, DC, 20001, attorneys for Defendant Anthony Baker.

_____
RUSSELL A. NEVERDON, SR.

---

intentional tort claims against Baker. Therefore, for brevity's sake, the Plaintiffs will not address the merits of Baker's claims for dismissal of any such intentional torts in the context of this pleading.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, et al., | * |
| *Plaintiffs,* | * |
| v. | *   HON. E. S. HUVELLE |
| OFC. JAMES JAFFEE, et al., | *   CASE NO.: 1:05CV02066 |
| *Defendants* | * |

*******************************************************************************

# O R D E R

THE COURT, having reviewed and considered the Motion to Dismiss the Complaint filed by Defendant Anthony Baker, the Response in Opposition filed on behalf of the Plaintiffs, and Defendant Baker's reply, if any, and being satisfied there is good cause, on this _____ day of _____, 2006, it is by the United States District Court for the District of Columbia, hereby

**ORDERED** that Defendant Baker's Motion, be, and the same is hereby **DENIED**, and it is further

**ORDERED** that the Plaintiffs are awarded $_____ , as costs and attorney fees, and it is further

**ORDERED** that the Clerk shall notify all parties and any attorneys of record.

_____
J U D G E,
U.S. District Court for the District of Columbia