# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, *et al.*, | * | |
| | * | |
|     *Plaintiffs*, | * | HON. E. S. HUVELLE |
| | * | |
| v. | * | |
| | * | CASE #: 05CV02066 ESH |
| OFC. JAMES JAFFEE, *et al.* | * | |
| | * | |
|     *Defendants*. | * | |
| | * | |

oOoOooo

### RETURN OF SERVICE

I, MICHAEL A. JETER, am over eighteen (18) years of age, and I am not a party in the above captioned case, do hereby certify and affirm that on the 29th day of August, 2006, at approximately 11:18 p.m., I personally served the following documents on one of the Defendants, in this case, Officer James Jaffee, I.D. No. 9184: Writ of Summons; Civil Cover Sheet; Consent to Proceed Before U.S. Magistrate Judge; the Honorable Judge E.S. Huvelle's Initial Electronic Case Order previously entered in this action; and a copy of the Complaint, at Third District Headquarters, DC Metropolitan Police Department, located at 1620 V Street, NW, Washington, DC 20009.

I, MICHAEL A. JETER, do hereby solemnly swear, affirm, and declare under penalties of perjury under the laws of the United States of America that the aforegoing information and statements made herein are based upon my personal knowledge and are true and correct.

                                                  Respectfully submitted,

By:
                                        _____/s/_____

2

              MICHAEL A. JETER  
              9026 Liberty Road, 2nd Floor  
              Randallstown, MD 21133-3910  
              (410) 812-9498