IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN RYNN, *et al.*, | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | HON. E. S. HUVELLE |
| v. | * | |
| | * | CASE NO.: 1:05CV02066 |
| OFC. JAMES JAFFEE, *et al.*, | * | |
| | * | |
| *Defendants* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT JAMES JAFFEE'S MOTION TO DISMISS**

Now come the Plaintiffs, Robin Rynn, et al., by the undersigned attorneys, Russell A. Neverdon, Esq., and the law offices of RUSSELL A. NEVERDON, SR., P.A., in opposition to the motion to dismiss filed by one of the Defendants, James Jaffee ("Jaffee"), the Plaintiffs state that Jaffee's motion must be denied because: 1) Jaffee's motion was filed untimely; and 2) the Complaint states claims for relief under 42 U.S.C. § 1983, against Jaffee in Counts Three, Thirteen and Twenty-three; and 3) Jaffee has failed to demonstrate that the Plaintiffs cannot prove any set of facts to support their claims. As such, Jaffee's motion must be denied as a matter of law.

**WHEREFORE**, for the reasons as stated above and as more fully set forth in the attached memorandum of law, which is fully incorporated herein by reference, the Plaintiffs respectfully pray that this Honorable Court will enter an appropriate Order DENYING Jaffee's Motion.

                          Respectfully submitted,

By:                     _____

                          Russell A. Neverdon, Sr., *Esq.*

                          2225 St. Paul Street
                          Baltimore, Maryland 21218
                          (410) 235-2184
                          Bar. No. MD25949

                          **Attorney for the Plaintiffs**
                          *Robin Rynn, et al.*

## CERTIFICATE OF SERVICE

     I, HEREBY CERTIFY that on this ____ day of October, 2006, one copy of the foregoing Plaintiffs' Response in Opposition to Defendant James Jaffee's the Motion to Dismiss, Memorandum of Law, proposed Order, was served via first class mail, postage prepaid, on: Hon. Robert J. Spagnoletti, Attorney General for the District of Columbia, and Nicole L. Lynch, Esq., Chief, Section III, General Litigation Division, 441 Fourth Street, NW, Sixth Floor South, Washington, DC, 20001, attorneys for Defendant James Jaffee.

                          _____
                          RUSSELL A. NEVERDON, SR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, | * |
| | * |
| *Plaintiffs,* | * |
| | *   HON. E. S. HUVELLE |
| *v.* | * |
| | *   CASE NO.: 1:05CV02066 |
| OFC. JAMES JAFFEE, *et al.*, | * |
| | * |
| *Defendants* | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

THE COURT, having reviewed and considered the Motion to Dismiss the complaint filed by Defendant James Jaffee, the response in opposition filed on behalf of the Plaintiffs, and Defendant Jaffee's reply, if any, and being satisfied there is good cause, it is, this \_\_\_\_\_ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that the Defendant Jaffee's Motion, be, and the same is hereby **DENIED**, and it is further

**ORDERED** that the Plaintiffs are awarded $_____ , as costs and attorney fees, and it is further

**ORDERED** that the Clerk shall notify all parties and any attorneys of record.

_____
Hon. E.S. HUVELLE
District Court Judge
U.S. District Court for the District of Maryland