## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*, | * |
| | * |
| *Plaintiffs,* | * |
| | *      HON. E.S. HUVELLE |
| *v.* | * |
| | *      CASE NO.: 1:05CV02066 |
| OFC. JAMES JAFFEE, *et al.*, | * |
| | * |
| *Defendants* | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO EXTEND DEADLINE TO MEET AND CONFER PURSUANT TO LCvR 16.3

The Plaintiffs, Robin Rynn, *et al.*, by undersigned counsel respectfully submit this Motion to Extend the Deadline to Meet and Confer, and in support state:

1. That LCvR 16.3 provides in relevant part that counsel for the respective parties "shall meet and confer . . . within 15 days after the Defendant's appearance or first filing in the form of answer or motion."

2. That Defendant Jaffee filed a motion to dismiss the Complaint on or about September 19, 2006.

3. That counsel for the respective parties were required to meet and confer on or before October 4, 2006.

4. That due to the Plaintiffs' counsel extensive and somewhat unpredictable trial schedule, administrative changes in his office and an urgent family matter, the Plaintiffs' counsel and Defendant Jaffee's attorney have not been able to arrange a mutually satisfactory time to meet and confer within the 15-day time limit as required by LCvR 16.3.

5. That there are other still presently unknown DC Metropolitan officers who may be named as party defendants in this case who have not been identified; entered an appearance; and/or who otherwise have not filed been served with a Writ of Summons and the Complaint.

6. That the requested extension of time will not result in prejudice to any of the parties in this case or unduly delay future proceedings in this case.

**WHEREFORE**, for the foregoing reasons, the Plaintiffs respectfully request that their Motion for an Extension of Time to Meet and Confer be granted.

                                        Respectfully submitted,

By: _____

        Russell A. Neverdon, Sr., *Esq.*

        2225 St. Paul Street
        Baltimore, Maryland 21218
        (410) 235-2184
        Bar. No. MD25949

        *Attorney for the Plaintiffs*
        *Robin Rynn, et al.*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this \_\_\_\_ day of October, 2006, one copy of the foregoing Plaintiffs' Motion to Extend Deadline to Meet and Confer and proposed Order, was served via electronic delivery, on: Hon. Robert J. Spagnoletti, Attorney General for the District of Columbia, and Nicole L. Lynch, Esq., Chief, Section III, General Litigation Division, 441 Fourth Street, NW, Sixth Floor South, Washington, DC, 20001, attorneys for Defendant James Jaffee.

_____
RUSSELL A. NEVERDON, SR.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN RYNN, *et al.*,      * | |
| *                            | |
| *Plaintiffs,*               * | |
| *                            | HON. E. S. HUVELLE |
| v.                          * | |
| *                            | CASE NO.: 1:05CV02066 |
| OFC. JAMES JAFFEE, *et al.*, * | |
| *                            | |
| *Defendants*                * | |
| *                            | |

*********************************************************************************

**O R D E R**

THE COURT, having reviewed and considered the Plaintiffs' Motion to Extend the 15-day Deadline to Meet and Confer, and the Defendants' reply, if any, and being satisfied there is good cause, it is, this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that the Plaintiffs' Motion, be, and the same is hereby **GRANTED**; and it is further

**ORDERED** that counsel for the Respective parties shall meet and confer on or before the _____ day of _____, 2006; and it is further

**ORDERED** that the Clerk shall notify all parties and any attorneys of record.

_____
Hon. E.S. HUVELLE
District Court Judge
U.S. District Court for the District of Columbia