UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBIN RYNN,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2066 (ESH) |
| **JAMES JAFFEE,** *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiffs' Motion for Extension of Time to Comply with Local Rule 16.3 [#30] is hereby **GRANTED**. Accordingly, it is

**ORDERED** that the Initial Scheduling Conference is now set for November 17, 2006, at 9:30 a.m.

                                                                                               s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date: October 12, 2006