UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBIN RYNN,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2066 (ESH) |
| **JAMES JAFFE,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the pleadings and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss [# 27] is **GRANTED** with respect to plaintiffs' common law tort claims of defamation, assault, battery, false arrest, false imprisonment, false light, intentional infliction of emotional distress, and abuse of process; it is

**FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** as to plaintiff Amy Greer-Rynn; it is

**FURTHER ORDERED** that defendant's motion to dismiss [#27] is **DENIED** with respect to plaintiffs' claims under 42 U.S.C. § 1983, as alleged in Counts 3, 13, and 23; and it is

**FURTHER ORDERED** that an initial scheduling conference has been set for November 17, 2006 at 9:30 a.m. Plaintiffs' counsel must attend if they intend to proceed with this case, and plaintiffs must comply with Fed. R. Civ. P. 16.

**SO ORDERED.**

                                                            /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

DATE:  October 20, 2006