**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **ROBIN RYNN, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No: 05-2066 (ESH)** |
| ) | |
| ) | |
| **JAMES JAFFE, *et. al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

<u>NOTICE OF APPEARANCE</u>

The clerk of this Court will please enter the appearance of Toni Michelle Jackson, Assistant Attorney General, as counsel for defendants Anthony Baker and James Jaffe.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

_____/s/_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602

(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov