**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBIN RYNN, *et al.*, | * | |
| | * | |
| *Plaintiffs*, | * | HON. E. S. HUVELLE |
| | * | |
| v. | * | |
| | * | CASE #: 05CV02066 ESH |
| JAMES JAFFEE, *et al.* | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

oooOooo

## PLAINTIFFS' LCvR 16.3(d) REPORT TO THE COURT

The Plaintiffs, by undersigned counsel, respectfully submit the following report pursuant to LCvR 16.3, and the Court's Order for Initial Scheduling Conference:

1. That no meeting was held between the parties to discuss any of the matters listed in LCvR 16.3(c), although undersigned counsel for the Plaintiffs made several attempts to contact counsel for the Defendants following receipt of the Defendants' Rule 16.3 report. Hence, the Plaintiffs have submitted their own report. That this case should placed in the standard case tracking category; that it is unlikely that that this case will be disposed of by dispositive motion, although the issues will be narrowed for trial; that the Court has denied in part and granted in part two (2) motions filed by the Defendants under FedRCivP 12(b); that as the Court has ruled on the aforesaid motions, it is recommended that discovery commence right away.

2. That the date by which other parties shall be joined shall be January 31, 2007; that the date by which the pleadings should be amended shall be February 20,

        2007; that it is likely that some issues may be narrowed or agreed upon before trial after some discovery.

3. That this case can be assigned to a Magistrate Judge for settlement purposes, but not for trial.

4. That there may be a realistic possibility of settling this case after discovery.

5. That the Plaintiffs do not believe that ADR will not facilitate settlement of this case.

6. That some issues may be decided by summary judgment. That the date for submission of dispositive motion shall be filed before May 31, 2007.

7. That the Plaintiffs request that the Court order the parties to submit initial disclosures to one another under FedRCivP 26(a)(1), with no change to scope, form or timing.

8. That all discovery be completed within 5 months or until April 30, 2007, with written discovery propounded until February 28, 2007, as permitted by the federal rules

9. That there be no modification to Rule 26(a)(2) disclosures.

10. Not applicable.

11. That the Plaintiffs do not believe that this case should be bifurcated or managed in phases.

12. That the pretrial conference should be held on June 15, 2007.

13. That the Court should set a date for trial at the pretrial conference.

                                      Respectfully submitted,

                                                                                    _____
Russell A. Neverdon, Sr.
2225 St. Paul Street, 2nd Floor
Baltimore, MD 21218
(410) 235-2184
Attorney for the Plaintiffs