UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ROBIN RYNN, *et al.,*

                    **Plaintiffs,**

   v.

                                 **Civil Action No: 05-2066 (ESH)**

JAMES JAFFE, *et. al.,,*

                    **Defendants**

## DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS

Defendants James Jaffe and Anthony Baker ("defendant"), through undersigned counsel and pursuant to Fed.R.Civ.P. 37(a), respectfully moves this Court to compel plaintiffs' responses to defendants' discovery requests, appearance at their depositions, and that plaintiffs' join defendants in proposing the final dates for the Court's Scheduling Order in this matter. Defendants' file this motion only after exhausting all attempts to obtain the requested discovery and depositions without judicial intervention. A Memorandum of Points and Authorities in Support of this Motion and a proposed Order are attached hereto and incorporated by reference.

Pursuant to Local Rule 7(m), undersigned counsel called Mr. Neverdon in an attempt to resolve the outstanding discovery issues, plaintiff and undersigned counsel were not able to resolve the discovery disputes.

                                  Respectfully submitted,

                                  LINDA SINGER
                                  Acting Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
_____/s/_____
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II


_____ _____/s/_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of January, 2007, I caused the foregoing DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Russell Neverdon, Sr., Esquire
2225 Saint Paul Street, Second Floor
Baltimore, MD 21218


_____/s/_____
TONI MICHELLE JACKSON
Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

**ROBIN RYNN,** *et al.,*

                    **Plaintiffs,**

    **v.**

                                                    **Civil Action No: 05-2066 (ESH)**

**JAMES JAFFE,** *et. al.,,*

                    **Defendants**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS**

I.    PRELIMINARY STATEMENT

1.   On November 17, 2006, defendants mailed its Notice of Taking Oral Depositions and Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents by U.S. Mail, postage prepaid, to plaintiffs. (*See* Exh. A, attached hereto.).

2.   On November 20, 2006, defendants sent plaintiffs correspondence seeking agreement on the dates left open by the Court in its Scheduling Order. (*See* Exh. B, attached hereto.).

3.   On December 21, 2006, defendants sent plaintiffs another letter indicating their intent to file a Motion to Compel Discovery pursuant to Rule 37 of the Rules of Civil Procedure. (*See* Exh. C, attached hereto.). In that letter, undersigned counsel also reminded Mr. Neverdon about the proposed dates for the amended Scheduling Order and asked for a response. (*Id.*)

4.   On January 3, 2007, counsel for plaintiffs, Mr. Neverdon, faxed the undersigned counsel and indicated that the proposed dates for the amended Scheduling Order in counsel's

October 26, 2006 correspondence were acceptable, and that he would have the Discovery Responses to defendants "within ten (10) days from today's date." (*See* Exh. D, attached hereto.). In that same letter, Mr. Neverdon indicated that the deposition dates conflicted with his trial schedule, and that defendants should advise as to alternate dates. (*Id.*).

5. On that same day, January 3, 2007, defendants contacted plaintiffs counsel via facsimile and U.S. Mail and informed him that his responses were overdue, but they would allow plaintiffs the ten additional days to respond. (See Exh. E, attached hereto.). Undersigned counsel also provided Mr. Neverdon with seven alternate dates for the plaintiffs' depositions, and asked that he send a copy of the proposed Scheduling Order for counsel's signature.[1]

6. To date, the District has not received any correspondence or phone calls from Mr. Neverdon indicating when plaintiffs will be available for their depositions, or when Mr. Neverdon will provide the overdue discovery requests.

7. Discovery is currently scheduled to close in this matter on April 20, 2007. No other court dates or deadlines are set.

II.  ARGUMENT

Under Fed. R. Civ. P. 37(a)(2), a discovering party may move for an order compelling discovery where a party fails to answer an interrogatory or produce documents as requested under Rules 31, 33 and 34. The motion must certify that the movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action. Fed. R. Civ. P. 37(a). If the motion to compel is granted or the discovery

is provided after the motion is filed, the Court may, in appropriate circumstances, award sanctions, including reasonable attorneys' fees. Fed. R. Civ. P. 37(a)(4).

Based on the foregoing, defendants are entitled to an Order compelling plaintiffs' discovery responses, depositions, and amended Scheduling Order. Despite defendants' multiple pleas, plaintiffs have refused to provide **any** response whatsoever to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents in violation of Rules 33 and 34. Moreover, plaintiffs have failed to cooperate at all to schedule their Depositions or join in the amended Scheduling Order.

III.   CONCLUSION

For the reasons stated above, defendants respectfully request an order compelling plaintiffs to respond to defendants' discovery requests under oath and in full, appear for their depositions, provide defendants with an amended Scheduling Order, and awarding the defendants costs.

Respectfully submitted,

LINDA SINGER
Acting Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

_____ _____/s/_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052

---

1  Plaintiffs' counsel never sent an amended Scheduling Order.

Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**ROBIN RYNN, *et al.,***

    **Plaintiffs,**

 **v.**

           **Civil Action No: 05-2066 (ESH)**

**JAMES JAFFE, *et. al.,,***

    **Defendants**

<u>ORDER</u>

Upon consideration of DEFEDANTS MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED, that DEFEDANTS MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND DEPOSITIONS is hereby GRANTED; and it is,

FURTHER ORDERED, that plaintiffs shall completely respond to defendants' discovery requests no later than January 31, 2007; and it is,

FURTHER ORDERED, that plaintiffs appear for depositions to be scheduled by defendant before February 30, 2007,

FURTHER ORDERED, that plaintiffs' failure to comply with any terms of this Order shall be grounds for dismissal of the plaintiffs' Complaint, with prejudice.

      _____

      JUDGE ELLEN S. HUVELLE
      U.S. DISTRICT COURT JUDGE