## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General

★ ★ ★

**Civil Litigation Division**
General Litigation, Section II

November 20, 2006

**VIA UNITED STATES MAIL**
Russell Neverdon, Esquire
2225 St. Paul Street, 2nd Floor
Baltimore, MD 21218

    Re:   <u>Rynn v. Jaffe, et. al., C.A. No. 05-2066</u>

Dear Mr. Neverdon:

    I am in receipt of Judge Huvelle's Scheduling Order, dated November 17, 2006, in connection with the above-captioned case.

    According to that Order, there are five dates we have to agree upon:

1. Date by which parties shall be joined or the pleadings amended;
2. Date by which dispositive motions shall be filed (oppositions and replies too); and
3. Hearing date for dispositive motions.

    I propose the following dates:

1. December 20, 2006—for joining parties and amending pleadings;
2. May 31, 2007—for filing dispositive motions, June 15, 2007 for Oppositions, and June 25, 2007 for Replies.
3. July 15, 2007 for hearing on dispositive motions.

    Please contact me if you disagree with these dates or have a conflict. If you do not, you may draft the consent order and submit to the Court. I appreciate your prompt attention to this matter.

Sincerely,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia



By: _/s/ Toni Michelle Jackson_
TONI MICHELLE JACKSON
Assistant Attorney General
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625