# RUSSELL A. NEVERDON, SR., ESQUIRE

## Attorney At Law

2225 Saint Paul Street, Second Floor, Baltimore, Maryland 21218
Phone: (410) 235-2184             Fax: (410) 235-4000

---

January 3, 2007

**FORWARDED VIA FACSIMILE AND REGULAR US MAIL**
**(202) 727-3625**

Toni Michelle Jackson, Esquire
44 14th Street, N.W., Suite 6S052
Washington, DC 20001

Re.: **Rynn v District of Columbia**
      **Case No.: 05-2066**

Dear Counsel:

The proposed date(s), per your November 20, 2006 correspondence, are acceptable. We are gathering responses to your first set of Interrogatories and Request for Production of Documents. We will have them to you within ten (10) days from today's date. The proposed deposition date(s) conflict with attorney Neverdon's trial schedule. Please advise on alternate deposition date(s). Your immediate attention and anticipated cooperation are greatly appreciated.

Scherron Joseph Lee
Paralegal

