UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN RYNN,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  05-2066 (ESH) |
| ) | |
| **JAMES JAFFE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is defendants James Jaffe's and Anthony Baker's Motion to Compel Plaintiffs' Discovery Responses and Depositions.  It is this 22nd day of January, 2007, hereby

**ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with paragraph 14 of this Court's Scheduling Order dated November 17, 2006.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 22, 2007