GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

★ ★ ★

**Civil Litigation Division**
General Litigation, Section II

December 21, 2006

**VIA UNITED STATES MAIL**
Russell Neverdon, Esquire
2225 St. Paul Street, 2nd Floor
Baltimore, MD 21218

    Re:   Rynn v. Jaffe, et. al., C.A. No. 05-2066

Dear Mr. Neverdon:

    The District hereby notifies you of its intent to file a Motion to Compel Discovery in the above-entitled matter. The District served Plaintiff with its Notice of Taking Oral Depositions, and First Set of Interrogatories and Request for Production of Documents on November 17, 2006. We did not receive any objections to those discovery requests or deposition notices, nor did we receive **any** responses to our SCR-Civil 33 and 34 discovery requests. Pursuant to SCR—Civil 37, the District will file the Motion to Compel Discovery unless Plaintiff's responses are received within ten days from today's date.

    In addition, on November 20, 2006, I proposed dates for the amendment of pleadings, filing of dispositive motions, and the date for hearings on dispositive motions. I have not received any response from you about those dates, nor have I received a notice of filing of an Amended Scheduling Order.

    Thank you for your prompt attention to these matters.

Sincerely,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Assistant Attorney General
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625

