## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**Civil Litigation Division**
General Litigation, Section II

January 3, 2007

**VIA FACSIMILE & UNITED STATES MAIL**
Russell Neverdon, Esquire
2225 St. Paul Street, 2nd Floor
Baltimore, MD 21218
410.235.4000

    Re:   Rynn v. Jaffe, et. al., C.A. No. 05-2066

Dear Mr. Neverdon:

    I am in receipt of your letter, dated January 3, 2007. Your discovery responses are woefully overdue. Please make sure that we have them in the office by January 13, 2007. Otherwise, I will file the Motion to Compel immediately.

    As to the depositions, I am available the following dates in February—20th through the 22nd, and in March—the 1st, and the 6th through 8th. Please confirm your availability for these dates. If you are not available on the dates I have provided, please send dates that you are available in late February and early March.

    Lastly, as to the Amended Scheduling Order, please send me a copy of the draft for my signature. Thank you for your prompt attention to these matters.

Sincerely,

LINDA SINGER
Acting Attorney General

TONI MICHELLE JACKSON
Assistant Attorney General
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625

