UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN RYNN,** *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-2066 (ESH) <br> ) |
| **JAMES JAFFE,** *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

By Minute Order dated January 25, 2007, plaintiffs were advised that, if they failed to respond to defendants' interrogatories and document requests by February 1, 2007, the Court would entertain a motion to dismiss this case with prejudice as a sanction. When plaintiffs failed to meet the prescribed deadline, defendants filed a motion to dismiss, which plaintiffs have not opposed. Accordingly, it is hereby

**ORDERED** that defendants' "Motion to Dismiss for Failure to Prosecute" [#42] be **GRANTED**; and it is

**FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE**.


                                                                                                                s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Date:  February 21, 2007